1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9
10

M.K.L., by and through her parents, J.K. and
R.L.; and J.K. and R.L., individually and on
their own behalf,

Case No. 2:25-cv-02334-RSM

11

Plaintiffs,

12

v.

13
14
15
16

SEATTLE SCHOOL DISTRICT NO. 1,
KING COUNTY, STATE OF
WASHINGTON, also known as SEATTLE
PUBLIC SCHOOLS; NATHAN HALE
HIGH SCHOOL; and DR. WILLIAM
JACKSON, in his individual capacity, and
on behalf of his marital community,

**STIPULATED PROTECTIVE ORDER
ON THE USE OF PLAINTIFFS'
INITIALS**

17

Defendants.

18
19    ///
20    ///
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

STIPULATED PROTECTIVE ORDER
CASE NO. 2:25-cv-02334-RSM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## STIPULATION

Plaintiffs and Defendants stipulate that all parties shall redact the names of Plaintiffs from all filings, using their initials of M.K.L., J.K., and R.L. instead.

Dated: December 15, 2025

*/s/ Albert H. Kirby*
Albert H. Kirby, WSBA No. 40187
SEATTLE LITIGATION GROUP, PLLC
1215 4th Avenue, Suite 1100
Seattle, Washington 98161
Tel: (206) 407-3300
albert@seattlelitigation.com

Counsel for Plaintiffs

*/s/ Michelle Buhler*
Michelle Buhler, WSBA #16235
BRYAN CAVE LEIGHTON PAISNER LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: 206-600-6650
michelle.buhler@bclplaw.com

Counsel for Defendants

## ORDER

IT IS SO ORDERED.

Dated: December 16, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED PROTECTIVE ORDER
CASE NO. 2:25-cv-02334-RSM