UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.K.L., by and through her parents, J.K. and R.L.; and J.K. and R.L., individually and on their own behalf,<br><br>Plaintiffs,<br><br>vs.<br><br>SEATTLE SCHOOL DISTRICT NO. 1, KING COUNTY, STATE OF WASHINGTON, also known as SEATTLE PUBLIC SCHOOLS; NATHAN HALE HIGH SCHOOL; and DR. WILLIAM JACKSON, in his individual capacity, and on behalf of his marital community,<br><br>Defendants. | No. 2:25-cv-2334-RSM<br><br>STIPULATED MOTION FOR EXTENSION OF DEADLINES RELATED TO DEFENDANTS' MOTION TO DISMISS AND NOTICE OF MOTION RENOTED |

**STIPULATED MOTION**

Pursuant to Local Civil Rules 7(l) and 10(g), Plaintiffs M.K.L., by and through her parents J.K. and R.L., J.K., and R.L. and Defendants Seattle Public Schools, Nathan Hale High School, and Dr. William Jackson (collectively, the "Parties") hereby submit this joint motion and stipulation regarding the briefing schedule for Defendants' Motion to Dismiss.

1.    On November 20, 2025, Plaintiffs filed the operative Complaint against

STIPULATED MOTION FOR EXTENSION OF DEADLINES RELATED TO
DEFENDANTS' MOTION TO DISMISS AND NOTICE OF MOTION RENOTED - 1

Defendants. Dkt 1.

2.      On December 8, 2025, Plaintiffs served Defendants. Defendant Dr. William Jackson was served through counsel after counsel for Defendants agreed to accept service for Defendant Dr. William Jackson.

3.      On December 17, 2025, Plaintiffs agreed to extend Defendants' deadline to respond to the Complaint from December 29, 2025 to January 9, 2026.

4.      Defendants submitted their Motion to Dismiss on January 9, 2026. Dkt. 21.

5.      The Motion to Dismiss is currently noted for February 6, 2026. The due date for Plaintiffs' Response, currently January 30, 2026, has not yet passed.

6.      The Parties conferred regarding an extended briefing schedule and have agreed to shift the Response and Reply deadlines to February 20, 2026 and March 13, 2026, respectively, subject to the Court's approval.

7.      Based on this stipulated extension, Defendants agreed to re-note the Motion to Dismiss for March 13, 2026.

8.      A proposed order accompanies this joint motion.

Accordingly, the Parties request that:

1.      The Court extend Plaintiffs' Response deadline to February 20, 2026;

2.      The Court extend Defendants' Reply deadline to March 13, 2026; and

3.      Defendants' Motion to Dismiss be renoted for March 13, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED this 28th day of January, 2026.


BRYAN CAVE LEIGHTON PAISNER LLP

*s/Randall Thomsen*
Randall T. Thomsen, WSBA #25310
Michelle Buhler, WSBA #16235
Elisabeth Read, WSBA #5976999

STIPULATED MOTION FOR EXTENSION OF DEADLINES RELATED TO
DEFENDANTS' MOTION TO DISMISS AND NOTICE OF MOTION RENOTED - 2

Third Avenue, Suite 4400
Seattle, WA 98104
Tel: 206-600-6650
randall.thomsen@bclplaw.com
michelle.buhler@bclplaw.com
elisabeth.read@bclplaw.com

*Attorneys For Defendants*

SEATTLE LITIGATION GROUP PLLC

*s/Albert Kirby*
Albert Kirby, WSBA #40187
Seth A. Rosenberg, WSBA #41660
1215 4th Avenue, Suite 1100
Seattle, WA 98161
Tel: 206-407-3300
seth@seattlelitigation.com
albert@seattlelitigation.com

SULLIVAN & CROMWELL LLP

Matthew A. Schwartz (*pro hac vice*)
Mark A. Popovsky (*pro hac vice*)
Jessica M. Klein (*pro hac vice*)
David R. Skoler (*pro hac vice*)
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
schwartzmatthew@sullcrom.com
popovskym@sullcrom.com
kleinj@sullcrom.com
skolerd@sullcrom.com

*Attorneys for Plaintiffs*

STIPULATED MOTION FOR EXTENSION OF DEADLINES RELATED TO
DEFENDANTS' MOTION TO DISMISS AND NOTICE OF MOTION RENOTED - 3

## **ORDER**

This matter comes before the Court on the above stipulated motion. It is hereby ORDERED that:

The parties' stipulated motion for extension of deadlines is GRANTED.

Plaintiffs shall file their Response to Defendants' Motion to Dismiss no later than February 20, 2026.

Defendants shall file their Reply in Support of the Motion to Dismiss no later than March 13, 2026.

Defendants' Motion to Dismiss is renoted for March 13, 2026.

IT IS SO ORDERED.

Dated this 28th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION OF DEADLINES RELATED TO
DEFENDANTS' MOTION TO DISMISS AND NOTICE OF MOTION RENOTED - 4